UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MB REO-FL CHURCH-2, LLC,

    Plaintiff,

v.                            Case No. 8:16-cv-276-T-33AEP

TAMPA FOR CHRIST CHURCH, INC.,
et al.,

    Defendants.
_____/

**ORDER**

This matter comes before the Court upon sua sponte. The Eleventh Circuit dismissed Bafford's appeal for lack of jurisdiction. (Doc. # 141). The order dismissing the appeal also served as the Eleventh Circuit's mandate. (Id.). Accordingly, jurisdiction has reinvested with this Court. The Court finds it appropriate to order the following:

1. The Clerk is directed to reopen this action;
2. The Clerk is directed to enter an amended case management and scheduling order that extends the remaining deadlines by five months;
3. The Clerk is directed to reactive Plaintiff's motion for summary judgment (Doc. # 107) and Bafford's motion to dismiss (Doc. # 135);

4. Bafford's motion for extension of time to respond to Plaintiff's motion for summary judgment (Doc. # 133) is granted to the extent that Bafford may have until May 29, 2017, to file his response, with Plaintiff's reply due 14 days thereafter; and

5. Plaintiff's response to Bafford's motion to dismiss (Doc. # 135) is due by May 12, 2017.

The Court further notes that Bafford's claims of not receiving documents is belied by the record. (Doc. # 118). Resolution of this action has been delayed long enough and the Court will not grant Bafford any further extensions of time to respond to the pending motion for summary judgment absent extraordinarily compelling circumstances.

The Court also takes this opportunity to inform Bafford of a recent service that has becomes available for pro se litigants. If Bafford has questions about the meaning of the Court's Orders or this action, he may consult with a lawyer for free on a limited basis at the Legal Information Program operated by the Tampa Chapter of the Federal Bar Association on Tuesdays from 11:00AM to 12:30PM in the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602. Appointments, which are recommended but not required, can be made by calling (813) 301-5400.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Clerk is directed to reopen this action;

(2) The Clerk is directed to enter an amended case management and scheduling order that extends the remaining deadlines by five months;

(3) The Clerk is directed to reactive Plaintiff's motion for summary judgment (Doc. # 107) and Bafford's motion to dismiss (Doc. # 135);

(4) Bafford's motion for extension of time to respond to Plaintiff's motion for summary judgment (Doc. # 133) is granted to the extent that Bafford may have until May 29, 2017, to file his response, with Plaintiff's reply due 14 days thereafter; and

(5) Plaintiff's response to Bafford's motion to dismiss (Doc. # 135) is due by May 12, 2017.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 28th day of April, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE